## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
|   ) | |
| v.   ) | Case No. 1:17-cv-00584 |
|   ) | |
| SANJEEV ARORA,   ) | |
| Defendant.   ) | |

## **JOINT STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the complaint and any counterclaims in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.



RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


/s/Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9754 (Linder)
(214) 880-9742 (facsimile)
Herbert.W.Linder@usdoj.gov

ATTORNEYS FOR UNITED STATES
1

/s/David A. Freedman
David A. Freedman
Freedman Boyd Hollander Goldberg Urias & Ward PA
20 First Plaza, Suite 700
Albuquerque, NM 87102
505-842-9960
daf@fdblaw.com

ATTORNEY FOR SANJEEV ARORA

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Joint Stipulation has been made on May 14, 2019, by electronically filing and by mailing copies of the documents thereof to:

David A. Freedman
Freedman Boyd Hollander Goldberg Urias & Ward PA
20 First Plaza, Suite 700
Albuquerque, NM 87102

Herbert W. Linder
HERBERT W. LINDER